**JOHN J. TALTON, CHAPTER 13 TRUSTEE**  
Payee: Clerk of the Court

**Check #.: 1106186**  
Date: 01/08/2016

Please notify the Court & this office of any changes made after filing fo your claim (ex. account number, address, claim assignment, etc.)

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 1060879 | 00003 | MICHAEL R. DAVIDSON & STEPHANIE G. DAVI | 1928 | 0.00 | 14,491.17 | 1,877.68 | 16,368.85 |
| | | Original Check written to: | | | | | |
| | | HSBC/BENEFICIAL FINANCE | | | | | |
| | | 2929 WALDEN AVENUE | | | | | |
| | | DEPEW, NY,  14043 | | | | | |
| | | **TOTALS** | | 0.00 | 14,491.17 | 1,877.68 | 16,368.85 |